UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. KARA M. WESTERCAMP

| | |
|---|---|
| Longquan Jiefeng Trade Co., Ltd., Zhejiang Senya Board Industry Co., Ltd and Zhangzhou Wanjiamei Industry & Trade Co., Ltd.<br><br>Plaintiff,<br><br>v.<br>United States,<br><br>Defendant. | Court No. 26-002485 |

## PLAINTIFFS' RULE 56.2 MOTION FOR JUDGMENT UPON THE AGENCY RECORD

Pursuant to Rule 56.2 of the Rules of the United States Court of International Trade, Plaintiffs Longquan Jiefeng Trade Co., Ltd., Zhejiang Senya Board Industry Co., Ltd and Zhangzhou Wanjiamei Industry & Trade Co., Ltd (collectively, "Plaintiffs") respectfully move for judgment upon the agency record in this action contesting the final results of the U.S. Department of Commerce's administrative review of *Wood Mouldings and Millwork Products From the People's Republic of China*, published as *Wood Mouldings and Millwork Products From the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2023–2024,* 91 Fed. Reg. 8823 (February 24, 2026) (P.R. 17) and the underlying final administrative determination and the accompanying Issues and Decision Memorandum. (I and D Memo)(P.R. 18)

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully request that the Court hold that Commerce's final results are unsupported

by substantial evidence and otherwise not in accordance with law, and remand this matter to Commerce for further proceedings consistent with the Court's opinion.

Respectfully submitted,

/s/ David J. Craven

David J. Craven
Counsel to Plaintiffs Longquan Jiefeng Trade Co., Ltd., Zhejiang Senya Board Industry Co., Ltd and Zhangzhou Wanjiamei Industry & Trade Co., Ltd

Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773) 245-4010
David.craven@tradelaw.com

Date October 13, 2026