UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. KARA M. WESTERCAMP

| | |
|---|---|
| Longquan Jiefeng Trade Co., Ltd., Zhejiang Senya Board Industry Co., Ltd and Zhangzhou Wanjiamei Industry & Trade Co., Ltd.<br><br>Plaintiff,<br><br>v.<br><br>United States,<br><br>Defendant. | Court No. 26-002485 |

## PROPOSED ORDER

Upon consideration of the Rule 56.2 Motion for Judgment Upon the Agency Record filed by Plaintiffs Longquan Jiefeng Trade Co., Ltd., Zhejiang Senya Board Industry Co., Ltd and Zhangzhou Wanjiamei Industry & Trade Co., Ltd, all responses thereto, and all other papers and proceedings herein, it is hereby

ORDERED that Plaintiffs' motion is GRANTED; and it is further

ORDERED that this matter is REMANDED to the U.S. Department of Commerce for further proceedings consistent with the Court's opinion; and it is further

ORDERED that Commerce shall file its remand results with the Court within ninety (90) days of the date of this Order.

SO ORDERED.

_________________________
Hon. Kara M. Westercamp, Judge

Dated: _______________, 2026
New York, New York

# CERTIFICATE OF COMPLIANCE

1. This brief complies with the guidelines set forth in the Standard Chambers Procedures. The brief contains 5980 words on numbered pages (that is, excluding only the Cover Page, the Table of Contents, the Table of Authorities, the signature block, and the present certificate).

2. This brief has been prepared in a proportionally spaced typeface using Microsoft Word in Baskerville Old Face 14-point font.

/s/ David J. Craven

David J. Craven
Counsel to Plaintiffs Longquan Jiefeng Trade Co., Ltd., Zhejiang Senya Board Industry Co., Ltd and Zhangzhou Wanjiamei Industry & Trade Co., Ltd

Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773) 245-4010
David.craven@tradelaw.com

Date: October 13, 2026